**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Patrick William Kelly | : | |
| Stephanie Lynn Kelly | : | Bankruptcy Case No.: 19-13401ELF |
| | : | |

**ORDER**

AND NOW, this <u>11th</u> day of <u>June</u>, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before <u>June 28, 2019</u>.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**