stip affects confirmed plan

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Patrick William Kelly and Stephanie Lynn Kelly Debtor(s) | Chapter: 13 Bankruptcy Case: 19-13401-elf Judge: FRANK, ERIC L. |
|---|---|
| DLJ Mortgage Capital, Inc. Creditor/Movant v. Patrick William Kelly Stephanie Lynn Kelly Debtor(s) | |

## CONSENT ORDER/STIPULATION
## SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this _____ day of _____, 2020, upon the Motion of DLJ Mortgage Capital, Inc., through its Counsel, Stern & Eisenberg PC, under 11 U.S.C. § 362(d) (and § 1301) for relief from the automatic stay as to Debtor's real property located at **543 Bradford Avenue, Warrington, PA 18976** (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED AND DECREED as follows:

1. As of January 30, 2020, Patrick William Kelly and Stephanie Lynn Kelly (hereinafter, "Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from July 1, 2019 as follows:

**PAYMENTS:**                                                                                              $ 10,396.05

07/01/2019    01/01/2020    $1,485.15    @ 7 MONTHS    $10,396.05
**COUNSEL FEES/COSTS FOR MOTION**                                                $ 1,231.00

**POST-PETITION SUSPENSE:**                                                                  ($79.85)
**POST-PETITION ARREARS ("ARREARS")**                                         $11,547.20

2. Debtor shall cure the Arrears as set forth above by paying them through Debtor's Chapter 13 Bankruptcy Plan. Debtor shall file an Amended Plan within 30 days of this Stipulation incorporating the post-petition delinquency in the amount of $11,547.20 to the pre-petition arrears of $14,950.45 making a total of $26,497.65 to be paid through the Amended Plan.

3. Debtor shall resume making their monthly mortgage payment beginning with the February 01, 2020 payment.

4. Payment(s) due in accordance with this Consent Order/Stipulation shall be due on or before the 1st of each month.

5. Debtor shall make the regular monthly payments required to the Trustee.

6. All payments due to DLJ Mortgage Capital, Inc. from Debtor are to be made directly to DLJ Mortgage Capital, Inc. c/o Selene Finance LP, Attn: BK Dept. 9990 Richmond Ave., Suite 400, South Houston, TX 77042 making sure that Creditor's loan number appears on all payments.

7. In the event Debtor fails to make any of the payments set forth hereinabove (or payments for real estate taxes and/or hazard insurance when due) on or before their due dates, or if Debtor fails to file an Amended Plan within 30 days of this Stipulation, DLJ Mortgage Capital, Inc. and/or Counsel may give Debtor and Debtor's counsel notice of the default.

8. If any such default is not cured within ten (10) days of said notice of the default, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, DLJ Mortgage Capital, Inc. shall immediately have relief from the bankruptcy stay, per the form of the attached Order which is made part hereof as Exhibit "A".

9. Debtor shall pay $100.00 for each Notice of Default issued by DLJ Mortgage Capital, Inc. as a result of Debtor's failure to make payments in accordance with this Order.

10. The failure by DLJ Mortgage Capital, Inc., at any time, to file a Certification of Default upon default by Debtor shall not be construed, nor shall such failure act, as a waiver of any of DLJ Mortgage Capital, Inc.'s rights hereunder.

11. Upon issuance of the aforesaid Order, the parties hereto further agree that DLJ Mortgage Capital, Inc. (and any assignee/successor-in-interest) may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

12. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payment in accordance with this paragraph then DLJ Mortgage Capital, Inc., through Counsel, may file a certification setting forth said failure and DLJ Mortgage Capital, Inc. shall be granted immediate relief from the automatic stay in the form of Order attached as Exhibit "A".

13. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived. In the event an order granting relief is entered then the requirements of 3002.1 shall NOT apply to DLJ Mortgage Capital, Inc.

14. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may be signed in counterparts.

By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation/Consent Order and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/Daniel P. Jones, Esq.
Daniel P. Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: (215) 572-8111
djones@sterneisenberg.com
Counsel for Creditor
Date: January 30, 2020

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008
Email: brad@sadeklaw.com
Counsel for Debtor(s)
Date:

William C. Miller, Esq.
Ch. 13 Trustee
PO Box 1229
Philadelphia, PA 19105
215-627-1377
elf@ph13trustee.com

NO OBJECTION
*without prejudice to any trustee rights and remedies.

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Patrick William Kelly Stephanie Lynn Kelly Debtor(s) | Chapter: 13 |
| DLJ Mortgage Capital, Inc. Creditor/Movant | Case Number: 19-13401-elf |
| v. Patrick William Kelly Stephanie Lynn Kelly Debtor(s) | Judge: FRANK, ERIC L. |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND RELIEF FOLLOWING CERTIFICATION OF DEFAULT OF CONSENT ORDER/STIPULATION

AND NOW, this _____ day of _____, 20____, upon Motion of DLJ Mortgage Capital, Inc. (DLJ Mortgage Capital, Inc.) for relief and a Certification of Default having been filed in accordance with the Consent Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, DLJ Mortgage Capital, Inc. ("DLJ Mortgage Capital") (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and § 1301) to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property: *543 Bradford Avenue, Warrington, PA 18976*.

It is ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　Patrick William Kelly and<br>　　Stephanie Lynn Kelly<br>　　　　Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-13401-elf |
| DLJ Mortgage Capital, Inc.<br>　　　　　　Creditor/Movant<br>v.<br>Patrick William Kelly<br>Stephanie Lynn Kelly<br>　　　　Debtor(s) | Judge: FRANK, ERIC L. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and DLJ Mortgage Capital, Inc., it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: _____

_____
UNITED STATES BANKRUPTCY JUDGE