**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Patrick William Kelly and<br>   Stephanie Lynn Kelly<br>           Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-13401-elf<br><br>Judge: FRANK, ERIC L. |
| DLJ Mortgage Capital,<br>           Creditor/Movant<br>v.<br>Patrick William<br>Stephanie Lynn<br>           Debtor(s) | |

**ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and DLJ Mortgage Capital, Inc., it is hereby

ORDERED that the Stipulation (Doc. # 57) is APPROVED.

Date: 2/7/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**