| Loan Number | | | | Payment Change | | | |
|---|---|---|---|---|---|---|---|
| Case# | 19-13401 | | Effective Date | 02/01/2020 | | | |
| BK Filed Date | 05/28/2019 | | Amount | $1,485.15 | | | |
| Borrower | Patrick William Kelly | | | | | | |

### AGREED ORDER TRACKING

| | Entered: | | 02/06/20 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Regular Payments Resume: | | 02/01/2020 @ $1485.15 | | | | | |
| | Arrears Repayment Terms: | | Arrears included in Plan | | | | | |
| | Strict Compliance Terms: | | | | | | | |

| Date Received | Amount Received | Amount Applied to Reg Pmt | Regular Payment Date | Amount Applied to Add Pmt | Add Pmt Date | To/From AO Suspense | AO Suspense Balance | AO Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/2020 | $1,564.00 | | | | | $1,564.00 | $1,564.00 | $0.00 |
| 03/10/2020 | -$1,564.00 | | | | | -$1,564.00 | $0.00 | $0.00 |
| 03/31/2020 | $1,565.00 | | | | | $1,565.00 | $1,565.00 | $0.00 |
| 04/06/2020 | -$1,565.00 | | | | | -$1,565.00 | $0.00 | $0.00 |
| 04/13/2020 | $1,565.00 | $1,485.15 | 02/01/2020 | | | $79.85 | $79.85 | $0.00 |
| 05/04/2020 | $1,565.00 | $1,485.15 | 03/01/2020 | | | $79.85 | $159.70 | $0.00 |
| 06/02/2020 | $1,565.00 | $1,485.15 | 04/01/2020 | | | $79.85 | $239.55 | $0.00 |
| 07/28/2020 | $1,565.00 | $1,485.15 | 05/01/2020 | | | $79.85 | $319.40 | $0.00 |
| 09/03/2020 | $1,565.00 | $1,485.15 | 06/01/2020 | | | $79.85 | $399.25 | $0.00 |
| 10/07/2020 | $1,565.00 | $1,485.15 | 07/01/2020 | | | $79.85 | $479.10 | $0.00 |
| 11/05/2020 | $1,565.00 | $1,485.15 | 08/01/2020 | | | $79.85 | $558.95 | $0.00 |
| 12/01/2020 | $1,565.00 | | | | | $1,565.00 | $2,123.95 | $0.00 |
| 12/07/2020 | -$1,565.00 | | | | | -$1,565.00 | $558.95 | $0.00 |
| 01/12/2021 | $1,565.00 | $1,485.15 | 09/01/2020 | | | $79.85 | $638.80 | $0.00 |
| 03/05/2021 | $1,565.00 | $1,485.15 | 10/01/2020 | | | $79.85 | $718.65 | $0.00 |
| 06/24/2021 | $6,627.25 | $1,485.15 | 11/01/2020 | | | $5,142.10 | $5,860.75 | $0.00 |
| 06/24/2021 | | $1,485.15 | 12/01/2020 | | | -$1,485.15 | $4,375.60 | $0.00 |
| 06/24/2021 | | $1,485.15 | 01/01/2021 | | | -$1,485.15 | $2,890.45 | $0.00 |
| 06/24/2021 | | $1,485.15 | 02/01/2021 | | | -$1,485.15 | $1,405.30 | $0.00 |
| 08/11/2021 | $1,565.00 | $1,485.15 | 03/01/2021 | | | $79.85 | $1,485.15 | $0.00 |
| 11/01/2021 | $4,328.00 | $1,485.15 | 04/01/2021 | | | $2,842.85 | $4,328.00 | $0.00 |
| 11/01/2021 | | $1,485.15 | 05/01/2021 | | | -$1,485.15 | $2,842.85 | $0.00 |
| 11/01/2021 | | $1,485.15 | 06/01/2021 | | | -$1,485.15 | $1,357.70 | $0.00 |
| 12/03/2021 | $1,565.00 | $1,485.15 | 07/01/2021 | | | $79.85 | $1,437.55 | $0.00 |
| 12/23/2021 | $1,565.00 | $1,485.15 | 08/01/2021 | | | $79.85 | $1,517.40 | $0.00 |
| 12/23/2021 | | $1,485.15 | 09/01/2021 | | | -$1,485.15 | $32.25 | $0.00 |
| 01/07/2022 | $3,952.35 | $1,485.15 | 10/01/2021 | | | $2,467.20 | $2,499.45 | $0.00 |
| 01/07/2022 | | $1,485.15 | 11/01/2021 | | | -$1,485.15 | $1,014.30 | $0.00 |
| 02/16/2022 | $1,565.00 | $1,485.15 | 12/01/2021 | | | $79.85 | $1,094.15 | $0.00 |
| 03/15/2022 | $79.56 | | | | | $79.56 | $1,173.71 | $0.00 |
| | | | | | | $0.00 | $1,173.71 | $0.00 |

| | Type | Date | Amount | |
|---|---|---|---|---|
| Due For: | Regular | 01/01/22 | $1,485.15 | |
| | Regular | 02/01/22 | $1,485.15 | |
| | Regular | 03/01/22 | $1,485.15 | |
| | Suspense | | -$1,173.71 | |
| | TOTAL | | $3,281.74 | |

**To Be Paid By Debtor**

| AGREED ORDER ARREARS | | | |
|---|---|---|---|
| Payments | | | |
| From | To | Payment Amount | Total |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| Total Payments in Arrears | | | $0.00 |
| Fees/Costs | | | |
| | | Atty Fees/Costs | |
| | | Property Inspections | |
| | | Late Charges | |
| | | NSF | |
| | | Western Union Fees | |
| | | Appraisal | |
| | | Other | |
| Total Fees/Costs | | | $0.00 |
| | | Less Suspense Balance | |
| AGREED ORDER TOTAL | | | $0.00 |

**To Be Paid By Trustee**

| AGREED ORDER ARREARS | | | |
|---|---|---|---|
| Payments | | | |
| From | To | Payment Amount | Total |
| 07/01/19 | 01/01/20 | $1,485.15 | $10,396.05 |
| | | | $0.00 |
| | | | $0.00 |
| Total Payments in Arrears | | | $10,396.05 |
| Fees/Costs | | | |
| | | Atty Fees/Costs | $1,231.00 |
| | | Property Inspections | |
| | | Late Charges | |
| | | NSF | |
| | | Western Union Fees | |
| | | Appraisal | |
| | | Other | |
| Total Fees/Costs | | | $1,231.00 |
| | | Less Suspense Balance | $79.85 |
| AGREED ORDER TOTAL | | | $11,547.20 |

# SUPPORTING DOCUMENTS

# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>Patrick William Kelly and<br>Stephanie Lynn Kelly<br>Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-13401-elf |
|---|---|
| DLJ Mortgage Capital,<br>               Creditor/Movant<br>v.<br>Patrick William<br>Stephanie Lynn<br>               Debtor(s) | Judge: FRANK, ERIC L. |

## ORDER

AND NOW, upon consideration of the Stipulation between Debtor and DLJ Mortgage Capital, Inc., it is hereby ORDERED that the Stipulation (Doc. # 57) is APPROVED.

Date: 2/7/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

# Exhibit "B"



Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

March 14, 2022

**VIA EMAIL** brad@sadeklaw.com **AND REGULAR MAIL**

**BRAD J. SADEK**
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**VIA REGULAR MAIL**

**Patrick William Kelly**
543 Bradfold Avenue
Warrington, PA 18976

> RE:   Debtor(s):  Patrick William Kelly
>       Case No. 19-13401-elf
>       Notice of Default for Patrick William Kelly

Dear Sir/Madam,

As you may recall, this firm represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, a secured creditor with respect to the property located at 543 Bradfold Avenue, Warrington, PA 18976. Please consider this letter as a Notice of Default under the terms of the Stipulation with respect to the Motion for Relief. (DE 57) ("Stipulation").

Our office has been informed that Debtor(s), Patrick William Kelly, ("Debtor") has failed to make the following payments pursuant to the Stipulation entered by the Court on February 7, 2020. Accordingly, the total amount currently due and owing totals the sum of $3,361.30 with the debtor's regular monthly payment of $1,485.15 becoming due on April 1, 2022.

Pursuant to the terms of the Stipulation, **this default needs to be cured within ten (10) days of**

**the date of this Notice.**

| Monthly Payments Past Due 01/01/2022-03/01/2022 (3 months @ $1,485.15/month) | $4,455.45 |
|---|---|
| Suspense | ($1,094.15) |
| **Total Amount Due to Cure Default:** | **$3,361.30** |

The address where payments should be sent is:

**Selene Finance LP**
**9990 Richmond Ave, Suite 400**
**Houston, TX 77042-4546**

Please note, failure to cure this default within ten (10) days from the date of this notice will result in U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, filing an order terminating the automatic stay.  **Please notify me once the payment has been sent, and provide me with proof of the payment.**

If you have any questions or wish to discuss this matter in more detail, please contact at me at cwohlrab@raslg.com. Thank you.

Sincerely,

/s/ Charles G. Wohlrab\_\_\_\_\_
Charles G. Wohlrab, Esq.