EXHIBIT



**Running Balance**



**Date**

**04/12/2022**

Transaction Type

**Check**

